**Mark JUDGE, Petitioner–Appellant,**

v.

**Derral G. ADAMS, Respondent–Appellee.**

No. 05–16092.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 15, 2007.

Filed March 16, 2007.

Mark Judge, Coalinga, CA, pro se.

Barry L. Morris, Esq., Hayward, CA, for Petitioner–Appellant.

Peggy S. Ruffra, Esq., Jeffrey M. Laurence, Esq., Ross C. Moody, Esq., AGCA–Office of the California Attorney General, Oakland, CA, for Respondent–Appellee.

Before: B. FLETCHER, CLIFTON, and IKUTA, Circuit Judges.

* This disposition is not appropriate for publication and is not precedent except as provided

## MEMORANDUM *

There is no dispute that Judge's petition for habeas corpus was untimely under 28 U.S.C. § 2244(d)(1). Because Judge has not shown that " 'extraordinary circumstances beyond [his] control ma[d]e it impossible to file a petition on time,' " *Spitsyn v. Moore*, 345 F.3d 796, 799 (9th Cir. 2003) (quoting *Brambles v. Duncan*, 330 F.3d 1197, 1202 (9th Cir.2003)), he is not entitled to equitable tolling.

Ordinary attorney negligence is not enough to toll the limitations period, " 'lest the exceptions swallow the rule.' " *Id.* (quoting *Miranda v. Castro*, 292 F.3d 1063, 1066 (9th Cir.2002)).

**AFFIRMED.**